UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDRIA NICHOLAS, individually
and on behalf of all others similarly situated,

        Plaintiff(s),

     v.

AMAZON.COM INC,

        Defendant(s).

CASE NO. 2:22-cv-01616-TL

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) This case was removed to this District and assigned to this Court on November 10, 2022. Dkt. No. 15.

(2) The Parties filed a stipulated notice extending the deadline for Defendant Amazon.com, Inc.'s motion to dismiss and related briefing deadlines. Dkt. No. 21. Specifically, the Parties stipulated to a November 14, 2022, deadline for Defendant's

1      motion to dismiss, a December 5 deadline for Plaintiff's opposition, and a December

2      19 deadline for Defendant's reply. *Id.*

3      (3) Defendant filed a motion to dismiss on November 14 and set the noting date to

4      December 23, 2022, four days after the stipulated deadline for Defendant's reply.

5      Dkt. No. 22.

6      (4) Local Civil Rule ("LCR") 10(g) provides that "[s]tipulations and stipulated motions

7      shall be binding on the court only if adopted by the court through an order."

8      (5) LCR 7(b)(1) explains that "[t]he noting date is the date by which all briefing is

9      complete and the matter is ready for the court's consideration . . . ." Therefore, the

10      noting date is ordinarily the day on which the reply brief is due.

11      (6) LCR 7(d)(3) provides that "[m]otions to dismiss . . . shall be noted for consideration

12      on a date no earlier than the fourth Friday after filing and service of the motion."

13      However, a moving party may renote its pending motion before an opposition is filed.

14      *See* LCR 7(*l*).

15      (7) The Parties' stipulated notice and the noting date for Defendant's motion to dismiss

16      do not comply with the local rules of this District. Ordinarily, the Parties' stipulated

17      deadline for Defendant's motion to dismiss would not be binding, absent court order,

18      and Defendant's motion to dismiss would be noted for December 9, 2022. *See* LCR

19      7(d)(3), 10(g). It is also unclear why the Parties stipulated to a noting date that is

20      several days past the stipulated date by which briefing on the motion to dismiss would

21      be complete.

22      (8) In the interests of an orderly and efficient adjudication of this matter, the Court adopts

23      the Parties' stipulated deadlines. The Parties are cautioned to review and abide by the

24      local rules, as well as this Court's own procedures, in future proceedings.

(9) Accordingly, it is hereby ORDERED:

    (a) The Parties' stipulated notice extending certain deadlines (Dkt. No. 21) is SO

        ORDERED.

    (b) Defendant's motion to dismiss (Dkt. No. 22) is considered timely and shall be RE-

        NOTED for December 19, 2022.

Dated this 17th day of November 2022.


                    Ravi Subramanian
                    Clerk of the Court

                    s/ Kadya Peter
                    Deputy Clerk