THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRIA NICHOLAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No.: 2:22-cv-01616-TL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER ON DISPOSITIVE BRIEFING SCHEDULE**<br><br><u>**NOTE ON MOTION CALENDAR**</u>:<br>December 12, 2022 |

On November 10, 2022, this case was transferred to this District. Dkt. No. 15. On November 10, 2022, Plaintiff Alexandria Nicholas and Defendant Amazon.com, Inc. filed a stipulation proposing the following briefing schedule for Amazon's Motion to Dismiss Plaintiff's Class Action Complaint: November 14, 2022 (Amazon's Motion to Dismiss); December 5, 2022 (Plaintiff's Opposition); and December 19, 2022 (Amazon's Reply). Dkt. No. 21. On November 19, 2022, the Court adopted the parties' stipulated briefing schedule. Dkt. No. 32. On November 14, Amazon filed its Motion to Dismiss. On December 5, 2022, in response, Plaintiff filed a First Amended Class Action Complaint (FAC). Dkt. No. 35.

Through their respective counsel, the parties have stipulated to—and now jointly and respectfully request that the Court approve—the following briefing schedule with respect to Amazon's renewed motion to dismiss Plaintiff's FAC:

| | |
|---|---|
| Amazon's Motion to Dismiss: | January 6, 2023 |
| Plaintiff's Opposition: | February 3, 2023 |
| Amazon's Reply: | February 17, 2023 |

STIPULATION & ORDER RE      - 1 -
BRIEFING SCHEDULE
CASE NO.: 2:22-CV-01616-TL

Dated: December 12, 2022

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com

*Counsel for Defendant*
AMAZON.COM, INC.

BORDE LAW PLLC

By: */s/ Manish Borde*
Manish Borde, WSBA No. 39503
600 Stewart St., 400
Seattle, WA 98101
Tel.: 206.531.2722
Email: mborde@bordelaw.com

MCGUIRE LAW, P.C.
David L. Gerbie
Myles McGuire
Joseph Dunklin
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Telephone: 312.893.7002
Email: mmcguire@mcgpc.com
dgerbie@mcgpc.com
jdunklin@mcgpc.com

LOCKRIDGE GRUNDAL NAUEN &
HOLSTEIN PLLP
Robert K. Shelquist (*pro hac vice* forthcoming)
Rebecca A. Peterson (*pro hac vice* forthcoming)

100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612.339.6900
Email: rkshelquist@locklaw.com
rapeterson@locklaw.com

*Attorneys for Plaintiff*

STIPULATION RE BRIEFING SCHEDULE
CASE NO.: 2:22-CV-01616-TL

- 2 -

Pursuant to the Parties' stipulation regarding the briefing schedule, it is SO ORDERED.

Dated this 13th day of December, 2022.

_____
Tana Lin
United States District Judge