THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRIA NICHOLAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:22-cv-01616-RSM<br><br>**STIPULATION REGARDING CONSOLIDATION MOTION**<br><br>**NOTE ON MOTION CALENDAR**:<br>December 29, 2022 |

On December 13, 2022, Judge Tana Lin entered an order granting the parties' Stipulated Motion on Dispositive Briefing Schedule, making Amazon's motion to dismiss Plaintiff's First Amended Complaint due on January 6, 2023. Dkt. No. 37. On December 15, 2022, Amazon filed a notice of related cases in this and two other actions now pending before this Court: *Daly v. Amazon.com, Inc.*, No. 2:22-cv-00910-RSM, and *Dorobiala v. Amazon.com, Inc.*, No. 2:22-cv-01600-RSM (the "Related Actions"). Dkt. No. 38. On December 20, 2022, this case was reassigned to this Court.

On December 28, 2022, Amazon filed a motion to consolidate this action with the Related Actions (the "Consolidation Motion"). The Consolidation Motion is pending in the *Daly* action, as the first-filed action. *See* Daly Dkt. No. 25. Plaintiff intends to oppose consolidation. Amazon and Plaintiff have agreed that Plaintiff may have until Friday, January 20, 2023 to file an opposition to the Consolidation Motion and Amazon may have until Wednesday, February 8, 2023 to file a reply in support of the Consolidation Motion.

In light of the Consolidation Motion, the parties stipulate and agree to suspend the deadline for Amazon to answer or otherwise respond to the complaint in this action to the date that is thirty (30) days after the Court denies Amazon's Consolidation Motion (if that occurs). If the Court grants Amazon's Consolidation Motion, and does not issue a new case schedule, the parties agree to meet and confer on a schedule for Amazon to answer or otherwise respond to any amended consolidated complaint filed in the consolidated action.

Dated: December 29, 2022

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com

*Counsel for Defendant*
AMAZON.COM, INC.

BORDE LAW PLLC

By: */s/ Manish Borde*
Manish Borde, WSBA No. 39503
600 Stewart St., 400
Seattle, WA 98101
Tel.: 206.531.2722
Email: mborde@bordelaw.com

MCGUIRE LAW, P.C.
David L. Gerbie
Myles McGuire
Joseph Dunklin
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Telephone: 312.893.7002
Email: mmcguire@mcgpc.com
dgerbie@mcgpc.com
jdunklin@mcgpc.com

LOCKRIDGE GRUNDAL NAUEN &
HOLSTEIN PLLP
Robert K. Shelquist (*pro hac vice* forthcoming)
Rebecca A. Peterson (*pro hac vice* forthcoming)

100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
Telephone:     612.339.6900
Email:             rkshelquist@locklaw.com
                       rapeterson@locklaw.com

*Attorneys for Plaintiff*

**SO ORDERED**.

DATED this 4th day of January, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
     Brian D. Buckley, WSBA No. 26423

1191 Second Avenue, 10th Floor
Seattle, WA  98101
Telephone:     206.389.4510
Facsimile:      206.389.4511
Email:             bbuckley@fenwick.com

*Attorneys for Defendant*
AMAZON.COM, INC.

STIPULATION REGARDING
CONSOLIDATION MOTION
CASE NO.: 2:22-CV-01616-RSM

- 3 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON  98101