THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRIA NICHOLAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No.: 2:22-cv-01616-RSM<br><br>**STIPULATED DISPOSITIVE BRIEFING SCHEDULE AND RULE 23(g) APPOINTMENT**<br><br><u>**NOTE ON MOTION CALENDAR**</u>:<br>March 11, 2024 |

On January 4, 2023, the Court entered an order granting the parties' Stipulation Regarding Consolidation Motion, setting the deadline for Amazon to answer or otherwise respond to the First Amended Complaint ("FAC") to the date that is thirty (30) days after the Court's ruling on Amazon's Motion to Consolidate this action with three related actions. Dkt. No. 41. On February 28, 2024, the Court issued a Consolidation Order, which in relevant part, denied Amazon's Consolidation Motion with respect to the above captioned case, making Amazon's deadline to answer or otherwise respond to the FAC March 29, 2024. *See In re Amazon Subscription Services Litigation*, No. 2:22-cv-00910-RSM, Dkt. No. 38.

Through their respective counsel, the parties have stipulated to—and now jointly and respectfully request that the Court approve—the following briefing schedule with respect to Amazon's response to Plaintiff's FAC:

| | |
|---|---|
| Amazon's Responsive Pleading | March 29, 2024 |
| Plaintiff's Opposition | April 26, 2024 |

| Amazon's Reply | May 17, 2024 |

Additionally, since this action was not consolidated and to avoid confusion, the Defendant does not oppose the following appointment: For purposes of this action and the "Subscribe & Save" matters identified in the Consolidation Order (Dkt. No. 38), the Court hereby appoints Myles McGuire of McGuire Law PC and Rob Shelquist of Lockridge Grindal Nauen P.L.L.P. as Interim Class Counsel pursuant to Fed.R.Civ.P. 23(g). Defendant reserves all rights to challenge the appropriateness of Plaintiff's proposed class definition and certification of any class.

Dated: March 11, 2024

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com

*Counsel for Defendant*
AMAZON.COM, INC.

BORDE LAW PLLC

By: */s/ Manish Borde*
Manish Borde, WSBA No. 39503

1700 7th Ave., Ste. 2100
Seattle, WA 98101
Telephone: 206.531.2722
Email: mborde@bordelaw.com

MCGUIRE LAW, P.C.
David L. Gerbie (admitted *pro hac vice*)
Myles McGuire (admitted *pro hac vice*)
Joseph Dunklin (admitted *pro hac vice*)

55 W. Wacker Drive, 9th Floor
Chicago, IL 60601

|  |  |
|---|---|
| Telephone: | 312.893.7002 |
| Email: | mmcguire@mcgpc.com |
|  | dgerbie@mcgpc.com |
|  | jdunklin@mcgpc.com |

LOCKRIDGE GRINDAL NAUEN PLLP
Robert K. Shelquist (admitted *pro hac vice*)
Rebecca A. Peterson (admitted *pro hac vice*)

100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612.339.6900
Email: rkshelquist@locklaw.com
rapeterson@locklaw.com

*Attorneys for Plaintiff*

**SO ORDERED**.

DATED this 12th day of March, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com

*Attorneys for Defendant*
AMAZON.COM, INC.