THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRIA NICHOLAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No.: 2:22-cv-01616-RSM<br><br>**STIPULATED AMENDED BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>**NOTE ON MOTION CALENDAR**:<br>April 22, 2024 |

On March 12, 2024, the Court issued an order setting Amazon's deadline to answer or otherwise respond to the First Amended Complaint ("FAC") in this case by March 29, 2024, Plaintiff's deadline to respond by April 26, 2024, and Amazon's deadline to reply by May 17, 2024. Dkt. No. 48.  Amazon filed a motion to dismiss on the FAC ON March 29.

To permit the parties to discuss potential resolution of the case , the parties have stipulated to—and now jointly and respectfully request that the Court approve—the following amended briefing schedule with respect to Plaintiff's Opposition and Amazon's Reply:

| Plaintiff's Opposition | May 28, 2024 |
|---|---|
| Amazon's Reply | June 27, 2024 |

Dated:  April 22, 2024                         Respectfully submitted,

BORDE LAW PLLC

By: /s/ Manish Borde
Manish Borde, WSBA No. 39503

BORDE LAW PLLC
1700 7th Ave.., Ste. 2100
Seattle, WA 98101
Telephone:    206.531.2722
Email:        mborde@bordelaw.com

MCGUIRE LAW, P.C.
David L. Gerbie (admitted *pro hac vice*)
Myles McGuire (admitted *pro hac vice*)
Chandne Jawanda (admitted *pro hac vice*)
Joseph Dunklin (admitted *pro hac vice*)

55 W. Wacker Drive, 9th Floor
Chicago, IL  60601
Telephone:    312.893.7002
Email:        mmcguire@mcgpc.com
              dgerbie@mcgpc.com
              cjawanda@mcgpc.com
              jdunklin@mcgpc.com

LOCKRIDGE GRINDAL NAUEN PLLP
Robert K. Shelquist (admitted *pro hac vice*)
Rebecca A. Peterson (admitted *pro hac vice*)

100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
Telephone:    612.339.6900
Email:        rkshelquist@locklaw.com
              rapeterson@locklaw.com

*Attorneys for Plaintiff and the Putative Class*


FENWICK & WEST LLP

By:    /s/ Brian Buckley
Brian D. Buckley, WSBA No. 26423

401 Union Street, 5th Floor
Seattle, WA  98101
Telephone:    206.389.4510
Facsimile:    206.389.4511
Email:        bbuckley@fenwick.com

*Counsel for Defendant*
AMAZON.COM, INC.

**SO ORDERED**.

DATED this 23rd day of April, 2024.

                                         RICARDO S. MARTINEZ
                                         UNITED STATES DISTRICT JUDGE

Presented by:

BORDE LAW PLLC

By: /s/ *Manish Borde*
     Manish Borde, WSBA No. 39503

     1700 7th Ave., Ste. 2100
     Seattle, WA  98101
     Telephone:       206.531.2722
     Email:              mborde@bordelaw.com

*Attorneys for Plaintiff and the Putative Class*