THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRIA NICHOLAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No.: 2:22-cv-01616-RSM<br><br>**STIPULATED DISPOSITIVE BRIEFING SCHEDULE AND ORDER**<br><br><u>**NOTE ON MOTION CALENDAR**</u>:<br>August 14, 2024 |

On July 12, 2024, the Court entered an order granting in part and denying in part Amazon's motion to dismiss Plaintiff's First Amended Complaint. Dkt No. 69. On August 12, 2024, Plaintiffs filed a Second Amended Complaint ("SAC"). Dkt. No. 70. Under Local Rule 12, Amazon's response to the SAC is currently due by August 26, 2024.

The parties have stipulated to—and now jointly and respectfully request that the Court approve—the following briefing schedule with respect to Amazon's response to Plaintiffs' SAC:

| | |
|---|---|
| Amazon's Responsive Pleading | September 9, 2024 |
| Plaintiff's Opposition | October 15, 2024 |
| Amazon's Reply | October 28, 2024 |

/////

/////

/////

Dated: August 14, 2024

Respectfully submitted,

FENWICK & WEST LLP

By: /s/ Brian D. Buckley
Brian D. Buckley, WSBA No. 26423

401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com

*Counsel for Defendant*
AMAZON.COM, INC.

BORDE LAW PLLC

By: /s/ Manish Borde
Manish Borde, WSBA No. 39503

1700 7th Ave.., Ste. 2100
Seattle, WA 98101
Telephone: 206.531.2722
Email: mborde@bordelaw.com

MCGUIRE LAW, P.C.
David L. Gerbie (admitted *pro hac vice*)
Myles McGuire (admitted *pro hac vice*)
Joseph Dunklin (admitted *pro hac vice*)

55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Telephone: 312.893.7002
Email: mmcguire@mcgpc.com
dgerbie@mcgpc.com
jdunklin@mcgpc.com

LOCKRIDGE GRINDAL NAUEN PLLP
Robert K. Shelquist (admitted *pro hac vice*)
Rebecca A. Peterson (admitted *pro hac vice*)

100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612.339.6900
Email: rkshelquist@locklaw.com
rapeterson@locklaw.com

*Attorneys for Plaintiff*

**IT SO ORDERED**.

DATED this 15th day of August, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

FENWICK & WEST LLP

By: *Brian D. Buckley*
    Brian D. Buckley, WSBA No. 26423

    401 Union Street, 5th Floor
    Seattle, WA  98101
    Telephone:    206.389.4510
    Facsimile:    206.389.4511
    Email:        bbuckley@fenwick.com

*Attorneys for Defendant*
AMAZON.COM, INC.