THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRIA NICHOLAS, ANGELA JONES, and MATTHEW CAREY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No.: 2:22-cv-01616-RSM<br><br>**NOTICE OF WITHDRAWAL OF JUSTIN STACY** |

NOTICE OF WITHDRAWAL
OF JUSTIN STACY
CASE NO.: 2:22-CV-01616-RSM

- 1 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 83.2(b)(3), Defendant Amazon.com, Inc. respectfully requests that Justin Stacy be withdrawn as counsel of record and removed from the master service list in the above-entitled action.  Mr. Stacy is no longer affiliated with Fenwick & West LLP and has withdrawn from further representation of Defendant as counsel of record in this matter.  Defendant will continue to be represented by Fenwick & West LLP and the other counsel of record in this matter.

Dated:  April 22, 2025

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

401 Union Street, 5th Floor
Seattle, WA  98101
Telephone:  206.389.4510
Facsimile:   206.389.4511
Email:         bbuckley@fenwick.com

Jedediah Wakefield (*pro hac vice*)
Kimberly Culp (*pro hac vice*)
Mary Griffin Sims (*pro hac vice*)
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300
Facsimile:   415.281.1350
Email:         jwakefield@fenwick.com
                    kculp@fenwick.com
                    mgriffin@fenwick.com

Esther D. Galan (*pro hac vice*)
730 Arizona, 1st Floor
Santa Monica, CA  90401
Telephone: 310.434.5400
Email:         egalan@fenwick.com

*Counsel for Defendant*
AMAZON.COM, INC.

NOTICE OF WITHDRAWAL
OF JUSTIN STACY
CASE NO.: 2:22-CV-01616-RSM

- 2 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON  98101