UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRIA NICHOLAS and ANGELA JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No.: 2:22-cv-01616-RSM<br><br>**STIPULATED DISPOSITIVE BRIEFING SCHEDULE** |

On October 6, 2025, the Court entered an order granting Amazon's motion to dismiss Plaintiff's Second Amended Complaint. Dkt No. 81. On November 5, 2025, Plaintiffs filed a Third Amended Complaint ("TAC"). Dkt. No. 83. Under Local Rule 12, Amazon's response to the TAC is currently due by November 19, 2025.

The parties have stipulated to—and now jointly and respectfully request that the Court approve—the following briefing schedule with respect to Amazon's response to Plaintiffs' TAC:

| | |
|---|---|
| Amazon's Responsive Pleading | December 10, 2025 |
| Plaintiff's Opposition | January 21, 2026 |
| Amazon's Reply | February 11, 2026 |

/////

/////

/////

STIPULATED BRIEFING SCHEDULE                - 1 -
CASE NO.: 2:22-CV-01616-RSM

| | | |
|---|---|---|
| 1 | Dated:  November 10, 2025 | Respectfully submitted, |
| 2 | | FENWICK & WEST LLP |

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:      206.389.4510
Facsimile:        206.389.4511
Email:              bbuckley@fenwick.com

*Counsel for Defendant*
AMAZON.COM, INC.

BORDE LAW PLLC

By: */s/ Manish Borde*
Manish Borde, WSBA No. 39503

1700 7th Ave., Ste. 2100
Seattle, WA 98101
Telephone:      206.531.2722
Email:              mborde@bordelaw.com

MCGUIRE LAW, P.C.
David L. Gerbie (admitted *pro hac vice*)
Myles McGuire (admitted *pro hac vice*)
Joseph Dunklin (admitted *pro hac vice*)

55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Telephone:      312.893.7002
Email:              mmcguire@mcgpc.com
                        dgerbie@mcgpc.com
                        jdunklin@mcgpc.com

CUNEO GILBERT & LADUCA, LLP
Robert K. Shelquist (admitted pro hac vice)

5775 Wayzata Blvd., Ste. 620
St. Louis Park, MN 55416
Telephone:      612.991.2934
Email:              rkshelquist@cuneolaw.com

*Attorneys for Plaintiff*

**IT SO ORDERED**.

Dated this 18th day of November, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE